Casso G. Santiago
#K-79110, D.V.I.
P.O. Box 600
Tracy, Ca. 95378-0600
Pro-Per

United States District Court
Northern District of California

C-07-5959 CRB
FILED
JAN 28 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASSO G. Santiago, Plaintiff
vs
California dept. of Corrections, Defendant

CASE no. C-07-5959-CRB-PR

"Amending" the complaint with recovered Grievance #07-00055 exhibit for exhausted remedies requirements

Plaintiff in the above entitled action Casso G. Santiago upon filing complaint dated Nov. 27, 07 on page 1 designated he had used the administrative remedies available with the dept. of Corrections @ D.V.I. Tracy State Prison but through transfers and Transfers then return to custodys had lost contact with this document on 1/15/08 the grievance was located in the files and returned to the Plaintiff the Plaintiff now submits to the courts an "amended" document to the complaint under Rule 15(a) as an exhibit-P1.

The Plaintiff also filed in "forma pauperis" and was instructed to submit a certificate of funds with a print-out of his financial transactions for 6 months which he did with-in the time restraints as a result The Application to Proceed in forma pauperis acceptance or "denyed" decision has not been relayed to the Plaintiff Assuming it has been accepted the court should issue The Summons and forward them to the United States Marshal, who would then serve the summonses on the defendant at no cost to the Plaintiff

Why has the clerk not giving the Plaintiff the following copies for serving the defendants along with a summons and complaint?

1. Copy of the handbook entitled "Dispute Resolution Proc. in Northern District of California

1 of 2    2. a copy of the Order Setting case management

conference, which is written by the Judge and sets a date for plaintiff to come to court.

3. Standing Orders of the assigned Judge.

4. The form for preparing a Case Management statement.

5. Except where this case is assigned to a Magistrate Judge right-away, a copy of the form allowing a party to give notice that it consents to having the case assigned to a Magistrate Judge; and

6. In cases assigned to a special program called ADR-multi-option Program; a copy of the ADR certification form.

I Santiago G. Cosso Jr. declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Date: 1/23/08

Santiago G. Cosso Jr. #K-79110
Santiago G. Cosso Jr. #K-79110
D.V.I., P.O. Box 600
Tracy, Ca. 95378-0600

2 of 2

*Santiago Casso #K-79110*
*D.V.I., P.O. Box 600*
*Tracy, Ca. 95378-0600*
*In Pro Per*

United States District Court
for Northern District of California

| | |
|---|---|
| CASSO G. Santiago<br>Plaintiff<br>vs<br>California dept. of Corrections<br>Defendant | Case no. CV 07 5959 CRB (PR)<br><br>Notice of address change |

The Plaintiff as of 12/06/07 has been Transfered from the old, 5325 Broder blv., Dublin, Ca. 94568 to the new address of: #K-79110, D.V.I., P.O. Box 600, Tracy, Ca. 95378-0600

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Date: 1/23/08

Santiago G. Cassota #K-79110
Santiago G. Cassota #K-79110
D.V.I., P.O. Box 600
Tracy, Ca. 95378-0600

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

Name  Casso   Santiago   G.
       (Last)      (First)      (Initial)

Prisoner Number K-79110 coc#    PFN# AHT-123

Institutional Address "Santa Rita" Jail, 5325 Broder blv., Dublin, Ca. 94568

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASSO G. Santiago
(Enter the full name of plaintiff in this action.)

vs.

California dept. of Corrections

_____
(Enter the full name of the defendant(s) in this action)

Case No. CV 07 5959 CRB
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

(PR)
E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   [**Note**: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement "Santa Rita" Jail, 5325 Broder blv., Dublin, Ca., 94568

   B.  Is there a grievance procedure in this institution?
       YES (X)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure? @ D.V.I., P.O.Box 600, Tracy Ca. 95378-0600
       YES (X)    NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS** Casso Santiago G.

**DEFENDANTS** California dept. of Corrections

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Alameda
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** State of Calif.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Pro-Per Santiago G. Casso #AHT-123
5325 Broder Blvd.
Dublin, Ca. 94568

**ATTORNEYS (IF KNOWN)** Office of the Attorney General
1300 I Street
Sacramento, Ca. 95814

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐690 Other | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| ☐196 Franchise | | | ☐730 Labor/Mgmt.Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| | | | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | ☐791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | | ☐870 Taxes (US Plaintiff or Defendant) | ☒950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | ☐871 IRS - Third Party 26 USC 7609 | ☐890 Other Statutory Actions |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐550 Civil Rights | | | |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☐555 Prison Condition | | | |
| | ☐446 Amer w/ disab - Other | | | | |
| | ☐480 Consumer Credit | | | | |
| | ☐490 Cable/Satellite TV | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $_____ (Preliminary Injunction Sought) ☒ CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)    ☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE 11/09/07    SIGNATURE OF ATTORNEY OF RECORD

In Pro-Per _____

Treat as Original

**INMATE/PAROLEE APPEAL FORM**
CDC 902 (12/87)

Location: Institution/Parole Region
1. OU
2. BAR/RII/SLD

Log No.
1. 07-1503
2. 07-00055

Category:

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Santiago Casso | K-79110 | unassigned | J-wing 115 Low |

**A. Describe Problem:** I am being unjustly classified as a high risk sex offender so that a Global Positioning System can be attached to me. 19 plus years ago for my conduct in a local bar during buiseness hours, I was arrested and aquired a "R" suffix or became a 290 registrant in early of 1988. I am not a repeat offender and in 1993 I was placed at CDC's lowest security level reporting in by mail monthly. In almost 20 yrs I have never exibited any conduct or behavior that any reasonable person could believe would lead to similar criminal behavior. I have never been diagnosed with a mental disorder and never been a participant in any mental health program.

**B. Action Requested:** I wish for this Global Positioning angle bracelet not to be attached to me, for a re-evaluation that has me disignated as a "Sexually Violent Preditor."

Inmate/Parolee Signature: Santiago Casso      Date Submitted: 6-/01/07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response:

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS BYPASS

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

RECEIVED JUN 15 2007 DVI APPEALS OFFICE

Treat as Original  JUN 27 2007 RECD
REGIONAL II APPEALS

Treat as Original

First Level ☐ Granted ☐ P. Granted ☐ Denied ☒ Other __WITHDRAWN__

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 6/15/07 Due Date: 7/30/07

Interviewed by: ON 8/20/07 AT 1010 HRS G. DELA ROSA PA II, UNIT SUPERVISOR SCD ATTEMPTED TO INTERVIEW APPELLANT VIA TELEPHONE WHILE APPELLANT WAS IN THE CCI OFFICE (X8534) AT AVENAL STATE PRISON. INMATE CASSO STATED "I NO LONGER CARE ABOUT THE 602, I AM WAITING ON A HABEAS MOTION". WITH THAT, INMATE CASSO WITHDREW APPEAL # 07-00055

Staff Signature: G. DELA ROSA    Title: PAROLE AGT II    Date Completed: 8/28/07
Division Head Approved:    Returned
Signature: ___    Title: ___    Date to Inmate: ___

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: ___    Date Submitted: ___

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☒ Other __WITHDRAWN__

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ___ Due Date: ___
☒ See Attached Letter   ABOVE NARRATIVE

Signature: ___    Date Completed: 9/4/07
Warden/Superintendent Signature: ___    Date Returned to Inmate: ___

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response. recieved 1/15/08
dissatisfied, I never withdrew this Appeal #07-00055, I merly meant that I did not expect any resolution with this 602 that I was waiting on better results with a habeas Corpus I still need to exhaust Administrative remedies. I ask this 602 not to be withdrawn I never sied that or implied it I also ask the GPS braclet be removed and I be allowed to stay at my residence until this issue is resolved, My residence is also being compromised due to "Jessicas law".

Signature: Santiago G. Casso Jr.    Date Submitted: 1/20/08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ___
☐ See Attached Letter
Date: ___

CDC 602 (12/87)

Treat as Original

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY          Gray Davis, Governor

**DEPARTMENT OF CORRECTIONS**
Parole and Community Services Division
P.O. Box 942883
Sacramento, CA 94283-0001



# Addendum
## Special Conditions of Parole

| CDC Number | |
|---|---|
| K79110 | Casso, Santiago |

You must comply with all of the following conditions while you are on parole. You must have prior written approval from your assigned parole agent for any exceptions.

REASON    INITIAL

### DRUG/ALCOHOL ABUSE:

| | | | |
|---|---|---|---|
| 1 | You will participate in anti-narcotic testing in accordance with instructions from the Parole and Community Services Division (P&CSD). | 2 | *sc* |
| 2 | You will actively participate in substance abuse treatment as directed by P&CSD. | 2 | *sc* |
| 3 | You must not consume, possess or have access to any alcoholic beverages or liquors. | 2 | *sc* |
| 4 | You will not be inside, or in close proximity to, businesses whose primary function is to sell or serve alcoholic beverages. | 2 | *sc* |

### TREATMENT:

| | | | |
|---|---|---|---|
| 5 | You will actively participate in the Parole Outpatient Clinic (POC) and remain in that treatment program as directed by your parole agent. | 5 | *sc* |
| 6 | You will actively participate in the psychiatric treatment program as approved by your assigned parole agent. | 5 | *sc* |
| 7 | You will actively participate in any programs specific to the High Risk Sexual Offender/High Control/Sexual Habitual Offender/Sexually Violent Predator Program as directed by P&CSD. | 5 | *sc* |

### ASSOCIATION:

| | | | |
|---|---|---|---|
| 8 | You are not to associate with any alcohol or drug users. | 2 | *sc* |
| 9 | You are not to associate with any sex offenders except in a treatment program as approved by P&CSD. | 5 | *sc* |
| 10 | You will inform your parole agent about any person with which you have a significant relationship. You will inform all persons with whom you have a significant relationship about your criminal history and will consent to your parole agent advising of same if deemed appropriate by your parole agent. | 5 | *sc* |

### RESIDENCE, TRAVEL AND MOVEMENT:

| | | | |
|---|---|---|---|
| 11 | You will not travel outside of your county of residence without prior P&CSD approval. | 5 | *sc* |
| 12 | You will remain inside your residence of record between the hours of 10 p.m. and 6 a.m. | 5 | *sc* |
| 13 | You may not contact your crime victim(s), their families or friends. This includes contact in person, by telephone, mail, computer or through another person. | 5 | *sc* |

* CDC 1617 (3/89)

## Special Conditions of Parole

| CDC Number | |
|---|---|
| K79110 | Casso, Santiago |

Page 3

6 = Related to prior parole violation(s).
7 = History of psychiatric problems.
8 = History of predatory sexual behavior.
9 = Offender typology.
10 = POC referral as required per PC 3002 (Minor is Victim).
11 = Other good cause determined by Parole Agent.
12 = Diagnosed with a mental disorder (Inpatient/Outpatient/Enhanced Outpatient/CCCMS)
13 = Victim Protection : A) Commitment Offense
  B) Parole Violation
  C) Previous Offense
14 = 290 Registrant
15 = Designated Gang Member
16 = Restraining Order

_____  4/6/07
Parole Unit Supervisor Signature    Date

_____  4/6/07
Parole Agent Signature    Date

+ _____  + 4/6/07
Parole Signature    Date

1
2                                      Case Number: CV 07 5959 CRB
3                                                        (PR)
4
5                                              FILED
6
7                                            JAN 2 8 2008

8              **CERTIFICATE OF FUNDS**    RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
9                         IN               NORTHERN DISTRICT OF CALIFORNIA

10                  **PRISONER'S ACCOUNT**

11

12       I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of Santiago Casso #K-79110 for the last six months
                                        [prisoner name]
14   D.V.I., State Prison, Tracy, Ca      where (s)he is confined.
        [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ 10.81   and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $ 11.31   .

18

19   Dated: 12/11/07                    _____
                                        [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

```
                                            REPORT DATE: 12/11/07
                                            PAGE NO:       1

              CALIFORNIA DEPARTMENT OF CORRECTIONS
                   DEUEL VOCATIONAL INSTITUTION
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: JUN. 10, 2007 THRU DEC. 11, 2007
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12/11/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
ACCOUNT NUMBER : K79110           BED/CELL NUMBER: NET100000000029L
ACCOUNT NAME   : CASSO, SANTIAGO G JR    ACCOUNT TYPE: I
PRIVILEGE GROUP: U

                        TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -----------   -------    ---------  --------  -----------  -------

06/10/2007  BEGINNING BALANCE                                            31.87

06/11  FC05  DRAW-FAC 5    SPU/606614                         25.80       6.07
06/13  W501  SHIPPING CHAR GSOCH/6724                           6.07       0.00
06/22 *0030  CASH DEPOSIT  MR/606950               11.25                  11.25
09/17  W904  REVERSE DAMAG RUSCHR/747                           9.80-     21.05
09/20  W610  TRANSFER OF T NKP/701855 197987640                11.25       9.80
09/20  W610  TRANSFER OF T NKP/701855 197987641                 9.80       0.00
12/10 *0030  CASH DEPOSIT  RR/703534               10.37                  10.37


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/20/97              CASE NUMBER: H24579
COUNTY CODE: ALA                      FINE AMOUNT: $    200.00

     DATE       TRANS.   DESCRIPTION              TRANS. AMT.   BALANCE
     ----       ------   -----------              -----------   -------

06/10/2007              BEGINNING BALANCE                         6.50

06/22/07    DR30        REST DED-CASH DEPOSIT       6.50-         0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/08/03              CASE NUMBER: H34711
COUNTY CODE: ALA                      FINE AMOUNT: $    800.00

     DATE       TRANS.   DESCRIPTION              TRANS. AMT.   BALANCE
     ----       ------   -----------              -----------   -------

06/10/2007              BEGINNING BALANCE                       800.00
```

```
                                        REPORT DATE: 12/11/07
                                        PAGE NO:         2

              DEUEL VOCATIONAL INSTITUTION
              INMATE TRUST ACCOUNT STATEMENT

         FOR THE PERIOD: JUN. 10, 2007 THRU DEC. 11, 2007

  K79110    ACCT NAME: CASSO, SANTIAGO JR      ACCT TYPE: I


                * RESTITUTION ACCOUNT ACTIVITY

  SENTENCED: 10/09/03              CASE NUMBER: H34711
  ITV CODE: ALA                    FINE AMOUNT: $    800.00

  TI     TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  ----   ------   -----------------        -----------    --------
  2/07   DR30     REST DED-CASH DEPOSIT         6.00-      794.00
  6/07   SU01     SYS TRNST - POS              12.50-      781.50
  0/07   DR30     REST DED-CASH DEPOSIT        11.51-      769.99

  * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
  * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                     TRUST ACCOUNT SUMMARY

  BEGINNING  TOTAL     TOTAL        CURRENT   HOLDS    TRANSACTIONS
  BALANCE    DEPOSITS  WITHDRAWALS  BALANCE   BALANCE  TO BE POSTED
  ---------  --------  -----------  --------  -------  ------------
  31.87      21.62     43.12        10.37     0.00     0.00

                                    CURRENT
                                    AVAILABLE
                                    BALANCE
                                    ---------
                                    10.37
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 12/11/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE