Santiago Casso Jr
#K79110, DV.I
P.O. Box 600
Tracy, Ca. 95378-0600
Pro-Per

United States District Court
for the Nothern District of California

Santiago G. Casso Jr.
  Plaintiff

vs.

California dept. of Corrections
  Defendant

Case no. C07-5959 CRB (PR)

Notice of address change

FILED FEB 19 PM 4:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Plaintiff in the above-entitled action is hereby making notice to the courts and the Attorney Generals office that as of 2/17/08 the plaintiffs old address: Deule Vocational Institute, P.O. Box 600, Tracy, Ca. 95378-0600, stat prison is no longer an effective address for proceedings and court communications. That the new address: 37461 Cherry St., APT-B Newark, Ca. 94560 (510) 795-7484, is as of 2/17/08 now the effective and usable address for proceedings, communications with the courts and Attorneys for the defendant.

-Verification-

I Santiago G. Casso Jr, declare I am the Plaintiff in the above-entitled action. I have read the statements herein and declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Date: 2/14/08

Santiago G. Casso Jr.
Santiago G. Casso Jr.
37461 Cherry St., APT-B
Newark, Ca. 94560
(510) 795-7484

Santiago CA55e
#K-79110, D.V.I.
P.O. Box 600
Tracy, Ca. 95378-0600

FEB 19 2008

- Legal Mail -

Re: CV 07 5959 CRB (PR) - change of Address notice -

016H26516708
$00.41
02/14/2008
Mailed From 95378
US POSTAGE
Hasler

NOT PROBATION / FOR CLERK'S OFFICE

Office of the clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San francisco, Ca., 94102