UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO G. CASSO,

        Plaintiff,

  v.

CA DEPT. OF CORRECTIONS et al,

        Defendant.
_____/

Case Number: CV07-05959 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Santiago G. Casso
37461 Cherry St., Apt - B
Newark, CA 94560

Attorney General of California
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102

Dated: March 18, 2008

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk