1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5781
     Fax: (415) 703-5843
8    Email: Jose.ZelidonZepeda@doj.ca.gov

9  Attorneys for Defendant California Department of
   Corrections and Rehabilitation
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                            SAN FRANCISCO DIVISION
14

| | |
|---|---|
| SANTIAGO G. CASSO,<br><br>              Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>              Defendant. | C 07-5959 CRB<br><br>DECLARATION OF K. KOSTECKY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(1)<br><br>Judge: The Honorable Charles R. Breyer |

21      I, K. Kostecky, declare as follows:

22      1.   I am an employee of the California Department of Corrections and Rehabilitation,

23  working as the Litigation Coordinator at Deuel Vocational Institution (DVI), in Tracy,

24  California. I have been employed in this capacity since December, 2007, and have worked for

25  the California Department of Corrections and Rehabilitation since 1990. I am competent to

26  testify to the matters in this declaration, and, if called upon to do so, could and would so testify.

27  I submit this declaration in support of Defendant's Motion to Dismiss.

28      2.   As part of my duties as Litigation Coordinator, I am familiar with the procedures

Decl. K. Kostecky Support. Def.'s Mot. Dism.                               S. Casso v. CDCR
                                                                          C 07-5959 CRB

1

1  followed by DVI for maintaining records of the inmates currently housed at this facility. I also
2  have access to these records.

3      3.   DVI maintains a database of all inmates admitted to DVI. This database is updated on
4  a daily basis.

5      4.   The information entries in the DVI database are made or updated at or near the time of
6  the incident at issue, and they are made by a person with knowledge of the matters addressed, or
7  according to information provided by a person with knowledge of those matters. This database
8  is made and kept in the course of regularly conducted activity, as a regular practice.

9      5.   I have reviewed the DVI database information for inmate Santiago G. Casso, CDCR
10 Number K-79110. According to these records, inmate Casso is currently housed at DVI, having
11 been readmitted to this facility on April 3, 2008.

12     I declare under penalty of perjury that the forgoing is true and correct to the best of my
13 knowledge.

14     Executed on June 6, 2008, at Tracy, California.

K. Kostecky
Litigation Coordinator
Deuel Vocational Institution

20115103.wpd
SF2008401166

Decl. K. Kostecky Support. Def.'s Mot. Dism.

S. Casso v. CDCR
C 07-5959 CRB