1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5781
     Fax:  (415) 703-5843
8    Email:  Jose.ZelidonZepeda@doj.ca.gov

9  Attorneys for Defendant California Department of
   Corrections and Rehabilitation
10

11

                  IN THE UNITED STATES DISTRICT COURT
12
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15  | SANTIAGO G. CASSO, | C 07-5959 CRB |
16  | Plaintiff, | **DECLARATION OF C. ZUNIGA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
17  | v. | |
18  | CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
19  | Defendant. | Judge:       The Honorable Charles R. Breyer |
20

21       I, C. Zuniga, declare as follows:

22       1.    I am an employee of the California Department of Corrections and Rehabilitation

23  (CDCR), working as a Staff Services Analyst at the Deuel Vocational Institution (DVI) in Tracy,

24  California.  I am familiar with the institutional policies and practices at DVI for processing

25  inmate appeals.  I am competent to testify to the matters set forth in this declaration, and if called

26  upon to do so, would and could so testify.  I submit this declaration in support of Defendant's

27  Motion to Dismiss.

28       2.    I am familiar with the sections of title 15 of the California Code of Regulations that

Decl. C. Zuniga Support. Def.'s Mot. Dism.                                          S. Casso v. CDCR
                                                                                    C 07-5959 CRB

1

1  govern an inmate appeal.  Section 3084.5 describes the levels of review that are available for an

2  inmate grievance.  These levels include the Informal Level; the First Formal Level (Level I); the

3  Second Formal Level (Level II); and the Third Formal Level (Level III, or Director's Level).

4  Informal Level, Level I, and Level II review take place at the institutional level.

5      3.    DVI maintains an electronic record of each inmate appeal that has been processed

6  through Level II.

7      4.    The inmate appeal records are made at or near the time that the inmate grievances are

8  investigated and decided, and they are made by a person with knowledge of the matters

9  addressed, or according to information provided by a person with knowledge of those matters.

10  These appeal records are made and kept in the course of regularly conducted activity, as a

11  regular practice.

12      5.    Attached as Exhibit A is a true and correct copy of a computer printout of the Level I

13  & II Inmate/Parolee Appeals Tracking System for Plaintiff Santiago G. Casso, K-79110 (Appeal

14  Listing).  This print-out lists each inmate appeal submitted by Plaintiff that was processed

15  through Level II or screened out, while he was housed at DVI, through June 3, 2008.

16      6.    For each inmate appeal that is properly submitted, the Appeal Listing provides the

17  inmate's CDCR number, the inmate's name, the area of origin, the issue involved, and the

18  institutional log number.  Below this information, the Appeal Listing sets out the levels of

19  review for each inmate appeal, according to how far along the process the inmate pursued his

20  grievance.

21      7.    In his complaint in this action, Plaintiff states that he submitted a "602" grievance

22  approximately on February 20, 2007 at DVI.  The Appeal Listing does not reflect any appeals

23  received by DVI from Plaintiff during the month of February 2007.

24      8.    The Appeal Listing reflects that DVI received an inmate grievance from Plaintiff on

25  March 5, 2007.  This grievance was assigned the log number DVI-X-07-00637, and the appeal

26  issue was "case info./records."  This grievance was "granted in part" at both Level I and the

27  Informal Level.  A true and correct copy of this grievance is attached to this declaration as

28  Exhibit B.

Decl. C. Zuniga Support. Def.'s Mot. Dism.

S. Casso v. CDCR
C 07-5959 CRB

9.    According to the Appeal Listing, DVI also received a grievance from Plaintiff on June 15, 2007, regarding "custody/class." This grievance was assigned Log Number DVI-X-07-01503. This grievance was withdrawn by Plaintiff on August 20, 2007, and thus was never processed at the final level of review. A true and correct copy of the June 15, 2007 grievance is attached to this declaration as Exhibit C.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on June 11 2008, at Tracy, California.

C. Zuniga
Staff Services Analyst
Deuel Vocational Institution

20115729.wpd
SF2008401166

Decl. C. Zuniga Support. Def.'s Mot. Dism.

S. Casso v. CDCR
C 07-5959 CRB