# EXHIBIT A

Deuel Vocational Institution                                                                                   06/03/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X-05-00858 | |
| Level I Review: | Received: 04/13/2005 | Due: 07/29/2005 | Completed: 07/08/2005 | Disposition: GRANTED IN PART | |
| K79110 | CASSO, S | RECEIVING & REL | PROPERTY | DVI-X- | |
| Informal Review: | Received: 04/27/2005 | Due: 05/11/2005 | Completed: 05/03/2005 | Disposition: DENIED | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X-05-01280 | |
| Informal Review: | Received: 05/19/2005 | Due: 06/03/2005 | Completed: 05/19/2005 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 06/02/2005 | Due: 07/15/2005 | Completed: 06/17/2005 | Disposition: GRANTED | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X-06-01542 | |
| Level I Review: | Received: 07/12/2006 | Due: 08/02/2006 | Completed: 07/18/2006 | Disposition: GRANTED IN PART | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X-06-01989 | |
| Informal Review: | Received: 08/15/2006 | Due: 08/29/2006 | Completed: 08/23/2006 | Disposition: GRANTED | |
| Level I Review: | Received: 08/30/2006 | Due: 10/13/2006 | Completed: 09/11/2006 | Disposition: GRANTED IN PART | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X-07-00637 | |
| Informal Review: | Received: 03/05/2007 | Due: 03/19/2007 | Completed: 03/08/2007 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 03/14/2007 | Due: 04/25/2007 | Completed: 04/11/2007 | Disposition: GRANTED IN PART | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | SQ/SAN QUENTIN | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X-07-01339 | |
| Level I Review: | Received: 05/22/2007 | Due: 06/13/2007 | Completed: 06/08/2007 | Disposition: GRANTED IN PART | |

Page: 1

Deuel Vocational Institution                                                                 06/03/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K79110 | CASSO, S | RECEPT. CENTER | RE-ENTRY/PAROLE | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CUSTODY/CLASS. | DVI-X-07-01503 | |
| Level II Review: | Received: 06/15/2007 | Due: 07/30/2007 | Completed: 09/04/2007 | Disposition: WITHDRAWN | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X-07-01519 | |
| Level I Review: | Received: 06/15/2007 | Due: 07/30/2007 | Completed: 07/26/2007 | Disposition: DENIED | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | FUNDS | DVI-X-07-01608 | |
| Level I Review: | Received: 06/26/2007 | Due: 08/08/2007 | Completed: 08/01/2007 | Disposition: DENIED | |
| Level II Review: | Received: 08/21/2007 | Due: 09/19/2007 | Completed: 09/05/2007 | Disposition: GRANTED IN PART | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | MEDICAL | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X-07-03330 | |
| Level II Review: | Received: 12/14/2007 | Due: 01/15/2008 | Completed: 01/28/2008 | Disposition: GRANTED IN PART | |
| K79110 | CASSO, S | RECEPT. CENTER | RE-ENTRY/PAROLE | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X-08-00245 | |
| Level II Review: | Received: 01/24/2008 | Due: 02/25/2008 | Completed: 03/04/2008 | Disposition: DENIED | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X- | |

Deuel Vocational Institution                                                                 06/03/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X-08-01019 | |
| | Level II Review: | Received: 04/21/2008   Due: 05/19/2008 | Completed: 05/22/2008 | Disposition: GRANTED | |
| K79110 | CASSO, S | RECEPT. CENTER | MEDICAL | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | MEDICAL | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | ADA | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | FUNDS | DVI-X- | |
| K79110 | CASSO, S | RECEPT. CENTER | CASE INFO./RECORDS | DVI-X- | |

Total: 36