# EXHIBIT B

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. DVI
2. _____

Log No. A-00637
1. _____
2. _____

Category 6
~~off auth/rc~~

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Santiago Casso | K-79110 | Unassigned | J-109 Low |

**A. Describe Problem:** @ a Revocation hearing on 2/15/07 @ San Quentin Per Commissioner A. Silver I was given "Credit for time Served" on a absconding parole violation, My hold was lifted 2/15/07 for release However I am still here and transferred to Tracy DVI on 2/21/07, do I have a hold? I was assualted However I was assured by the facility Captain any write-ups against me 1845 disabled-verified "mobility Impaired" would be dismissed? what can you see that is holding me and if it is a write-up a "115" can we adjudicate this? and if their are none May I be processed and Released, for any holds can we make contact to

If you need more space, attach one additional sheet. The facility (SQ) to initiate proceedings? Thank you

**B. Action Requested:** discoverys of any holds and the initiation of proceedings to ~~ad~~ ajudicate the findings, a release and/or the Processing of papers to release me. do I have a new release date? My hold was lifted 2/15/07 I've documentation but no copys CDC has theirs, please help

Inmate/Parolee Signature: Santiago Casso    Date Submitted: 2/26/07

**C. INFORMAL LEVEL** (Date Received: 3-7-07)

Staff Response: Partially Granted: Your RRD Date was 2-15-07, However, Due to the "Jessica's Law" you are a 290 Offender, a 45-Day Hold has been placed on you which will expire on 4-6-07, this is the reason you are still @ DVI. As Soon as I receive notification to Release You I will do So.

Staff Signature: Carol Loza, CCRA    Date Returned to Inmate: 3-8-07

**D. FORMAL LEVEL**
(See ATTACMENT)
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response. you have a wrong experation date, The hold I and Ms Horton Calculate to expire is 3/31/07 and not 4/06/07. 30 days From 2/15/07 is 3/17/07 plus 15 to complete 45 day hold is 4/01/07. So we have a discrepancy on the experation of "Jessicas Law" hold, I wish to contest, I am not a repeat offender and this was 20yrs ago I am permanently mobility Impaired and hardly a threat to anyone I ask for a "Haygood Hearing" or a 3/31/07 Calculation of this hold.

Signature: Santiago Casso    Date Submitted: 3/12/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:
RECEIVED MAR 05 2007 DVI APPEALS OFFICE

First Level    ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 03/14/07    Due Date: 04/25/07

Interviewed by: Granted. Per Miscellaneous Decision a 45 day hold was placed on you per W&I 6601-3 "Jessica's Law". The hold didn't expire until 4-6-07. However it was removed on 4-5-07 and you were released to parole. I/m paroled on 4-5-07 and is now at SRSTH.

Staff Signature: _____    Title: CCRS    Date Completed: 4-11-07
Division Head Approved: Jamie P. Thomas    Returned
Signature: _____ LPARRMGA _____    Title: ACJ    Date to Inmate: 4-13-07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☒ See Attached Letter
Date: _____

CDC 602 (12/87)

State of California

Board of Parole Hearings

## MISCELLANEOUS DECISIONS

### FACTS

The below inmate has been screened by the California Department of Corrections and Rehabilitation (CDCR) and the Board of Parole Hearings (BPH), and has been found to meet the screening criteria for civil proceedings as a Sexually Violent Predator (SVP) pursuant to Welfare & Institutions (W&I) §6600 et seq. Consequently, the BPH is placing a 45-day hold pursuant to W&I §6601.3, in order for full SVP evaluations to be concluded by the Department of Mental Health (DMH).

Subject's current Earliest Possible Release Date is 02/20/07.

### RECOMMENDATION(S)

Impose a 45-day hold pursuant to W&I §6601.3.
BPH to notify CDCR, DMH and C&PR.

| STAFF (Name) | TITLE | DATE |
|---|---|---|
| Frank Starmer | PA II | 2-20-07 |

### DECISION(S)

1. Impose a 45-day hold pursuant to W&I §6601.3.
2. Hold to remain in effect from 12:01 a.m. 02/20/2007 through 12:00 midnight on 04/06/2007.
   BPH to notify CDCR, DMH and C&PR.
3. If Subject's release date is recalculated, the hold will be effective on the new date of release. *Immediately* notify the BPH Offender Screening Section of the recalculated release date, and the BPH will calculate the new expiration date of the hold.

PANEL HEARING CASE                           DECISION DATE

NAME  *R. Fassnacht*                         2/20/07

NAME  Raquel Fassnacht, Deputy Commissioner

NAME

NAME  CASSO, SANTIAGO                NUMBER K79110    INSTITUTION OR REGION (UNIT) SQRC

PERMANENT ADDENDA

BPT 1136 (Rev. 8/82)