# EXHIBIT C

**Treat as Original**

ROB 2

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. DVI
2. BACO/RII/SLD

Log No.
1. 07-1503
2. 07-00055

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Santiago Casso | K-79110 | unassigned | Jewkes-H5Low |

A. Describe Problem: I am being unjustly Classified as a high risk Sex offender so that a Global Positioning System can be attached to me. 19 plus years ago for my Conduct in a Local bar during business hours, I was arrested and aquired a R suffix ar become a 290 registrant in early of 1988. I am not a repeat offender and in 1993 I was placed at CDC's lowest security level reporting in by mail monthly. In almost 20 yrs I have never exibited any conduct or behavior that any reasonable person could believe would lead to similar criminal behavior, I have never been diagnosed with a mental disorder and nev

If you need more space, attach one additional sheet. been a participant in any mental health program.

B. Action Requested: I wish for this Global Positioning ankle bracelet not to be attached to me, for a re-evaluation that has me disignated as a "Sexual Violent Preditor".

Inmate/Parolee Signature: Santiago Casso    Date Submitted: 6-/01/07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response:

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

RECEIVED JUN 15 2007 DVI APPEALS OFFICE

Treat as Original    JUN 27 2007 RECD
REGIONAL II APPEALS

Treat as Original

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☒ Other ___ W/THDRAWN ___.

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ___6/15/07___   Due Date: ___7/30/57___

Interviewed by: ON 8/20/07 AT 1010 HRS G. VIELA ROSA POTT, UNIT SUPERVISOR SCD

DIRECTED TO INTERVIEW APPELLANT VIA TELEPHONE WHILE APPELLANT WAS IN THE

CCI OFFICE (X8371) AT AVENAL STATE PRISON. INMATE ROSA STATED "I NO

LONGER CARE ABOUT THE 602 (I AM WAITING ON A HABEAS MOTION". WLA/

THAT INMATE CUSSO WITH APPEAL # A7-00055

Staff Signature: G. VIELA ROSA    Title: VALUE PROT II    Date Completed: 8/2/07

Division Head Approved: _____    Returned: _____

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☒ Other ___ WITHDRAWN ___

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____

☒ See Attached Letter   ABOVE NARRATIVE

Signature: _____    Date Completed: 9/4/07

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

..............................................................................................

DIRECTOR'S ACTION:  ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)          Treat as Original

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    Gray Davis, Governor

**DEPARTMENT OF CORRECTIONS**
**Parole and Community Services Division**
P.O. Box 942883
Sacramento, CA 94283-0001



## Addendum
## Special Conditions of Parole

| CDC Number | Casso, Santiago |
|---|---|
| K79110 | |

You must comply with all of the following conditions while you are on parole. You must have prior written approval from your assigned parole agent for any exceptions.

REASON    INITIAL

**DRUG/ALCOHOL ABUSE:**

| | | | |
|---|---|---|---|
| 1 | You will participate in anti-narcotic testing in accordance with instructions from the Parole and Community Services Division (P&CSD). | 2 | |
| 2 | You will actively participate in substance abuse treatment as directed by P&CSD. | 2 | |
| 3 | You must not consume, possess or have access to any alcoholic beverages or liquors. | 2 | |
| 4 | You will not be inside, or in close proximity to, businesses whose primary function is to sell or serve alcoholic beverages. | 2 | |

**TREATMENT:**

| | | | |
|---|---|---|---|
| 5 | You will actively participate in the Parole Outpatient Clinic (POC) and remain in that treatment program as directed by your parole agent. | 5 | |
| 6 | You will actively participate in the psychiatric treatment program as approved by your assigned parole agent. | 5 | |
| 7 | You will actively participate in any programs specific to the High Risk Sexual Offender/High Control/Sexual Habitual Offender/Sexually Violent Predator Program as directed by P&CSD. | 5 | |

**ASSOCIATION:**

| | | | |
|---|---|---|---|
| 8 | You are not to associate with any alcohol or drug users. | 2 | |
| 9 | You are not to associate with any sex offenders except in a treatment program as approved by P&CSD. | 5 | |
| 10 | You will inform your parole agent about any person with which you have a significant relationship. You will inform all persons with whom you have a significant relationship about your criminal history and will consent to your parole agent advising of same if deemed appropriate by your parole agent. | 5 | |

**RESIDENCE, TRAVEL AND MOVEMENT:**

| | | | |
|---|---|---|---|
| 11 | You will not travel outside of your county of residence without prior P&CSD approval. | 5 | |
| 12 | You will remain inside your residence of record between the hours of 10 p.m. and 6 a.m. | 5 | |
| 13 | You may not contact your crime victim(s), their families or friends. This includes contact in person, by telephone, mail, computer or through another person. | 5 | |

* CDC 1017 (3/89)

# Special Conditions of Parole

| CDC Number | |
|---|---|
| K79110 | Casso, Santiago |

Page 2

## POSSESSIONS/ACTIVITIES:

| 14 | You are not to view television shows or movies that are geared toward your criminal history or your modus operandi. | 5 | |
|---|---|---|---|
| 15 | You are not to view television programs, movies or videos designed to stimulate or arouse sexual fantasies. | 5 | |
| 16 | You are not to view, possess or have access to video tapes, films, magazines or photographs depicting any type of sexual activity or sexually oriented material. | 5 | |
| 17 | You are not to enter, travel past or loiter near areas of sexual or pornographic activity such as adult bookstores, massage parlors, topless bars, sex shops, etc. | 5 | |
| 18 | You are not to possess or have access to handcuffs, restraint equipment or other items that could be used for sadomasochistic purposes. | 5 | |
| 19 | You may not possess or view any material that can be considered obscene. | 5 | |
| 20 | Any computer equipment, or electronic device, with which you have access, the contents of which any and all data storage units (hard drives, disc drives, floppies etc.) are subject to search and seizure by your parole agent and any law enforcement official. | 5 | |

## OTHER:

| 21 | You must register Penal Code Section 290. | 5 | |
|---|---|---|---|
| 22 | You must have your Penal Code 290 registration verification with you at all times. You must present it during any contact or interaction with any law enforcement officer. | 5 | |

## GLOBAL POSITIONING SYSTEM (GPS)

| 23 | You shall participate in GPS as directed by your parole agent. | 5 | |
|---|---|---|---|
| 24 | You are ordered to comply with all zone restrictions, curfew restrictions, equipment charging requirements and equipment care issues as instructed by your parole agent. These instructions will be provided to you in writing. | 5 | |
| 25 | You shall charge the GPS equipment for one hour two times a day ( every 12 hours). | 5 | |
| 26 | You shall not tamper with the device. | 5 | |
| 27 | You may be charged criminally with grand or petty theft in the event the equipment is not returned, is lost, is stolen and or is damaged. | 5 | |

REASONS FOR SPECIAL CONDITIONS OF PAROLE:

1 = History of drug use.
2 = History of alcohol use/abuse.
3 = Related to commitment offense(s).
4 = Nature of commitment offense(s).
5 = Related to previous offense(s).

## Special Conditions of Parole

| CDC Number | |
|---|---|
| **K79110** | **Casso, Santiago** |

Page 3

6 = Related to prior parole violation(s)
7 = History of psychiatric problems
8 = History of predatory sexual behavior
9 = Offender typology
10 = POC referral as required per PC 3002 (Minor is Victim)
11 = Other good cause determined by Parole Agent
12 = Diagnosed with a mental disorder (Inpatient/Outpatient/Enhanced Outpatient/CCCMS)
13 = Victim Protection : A)Commitment Offense
                         B)Parole Violation
                         C)Previous Offense
14 = 290 Registrant
15 = Designated Gang Member
16 = Restraining Order

_____

Parole Unit Supervisor Signature                    Date 4/6/07

Parole Agent Signature                              Date 4/6/07

Parolee Signature                                   Date 4/6/07