```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  JONATHAN L. WOLFF
    Supervising Deputy Attorney General
 5  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
    Deputy Attorney General
 6   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
 7   Telephone: (415) 703-5781
     Fax: (415) 703-5843
 8   Email: Jose.ZelidonZepeda@doj.ca.gov

 9  Attorneys for Defendant California Department of
    Corrections and Rehabilitation
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTIAGO G. CASSO,<br><br>                   Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>                   Defendant. | C 07-5959 CRB<br><br>**DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:    The Honorable<br>              Charles R. Breyer |

I, N. GRANNIS, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Inmate Appeals Branch. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendant's Motion to Dismiss.

2. I am familiar with the sections of Title 15 of the California Code of Regulations that govern an inmate appeal. Section 3084.5 describes the levels of appeal that are available to an inmate. Section 3084.5(e)(2) provides that "[t]hird level review constitutes the director's

Decl. of N. Grannis Supp. Def.'s. Mot. to Dismiss                                      S. Casso v. CDCR
C 07-5959 CRB

1

1  decision on an appeal, and shall be conducted by a designated representative of the Director
2  under supervision of the chief, inmate appeals."

3.  The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has proceeded through the final level of review, the Director's Level. When an appeal is received by the Inmate Appeals Branch and is accepted for review, it is given a Director's Level log number and entered into the computer system. The computer system was commenced in 1993. The following information is kept in the electronic record: inmate's name and CDCR number, the IAB number, the issue, issue subcategory, accepted date, institutional log number, the due date, the date that the appeal is closed, and the final disposition of the appeal.

4.  The inmate appeal records are made at or near the time that the inmate grievances are investigated and decided, and they are made by a person with knowledge of the matters addressed, or according to information provided by a person with knowledge of those matters. These appeal records are made and kept in the course of regularly conducted activity, as a regular practice.

5.  A search of the computerized system has been conducted for inmate Santiago G. Casso, CDCR No. K-79110, at the request of the Attorney General's Office. A true and correct copy of the Director's Level appeals print-out for Santiago G. Casso is attached as Exhibit A.

6.  The Director's Level appeals print-out reveals that inmate Casso submitted only 2 grievances to the Director's Level of Review in 2007. The first grievance was accepted on August 17, 2007, was assigned the institutional log number DVI-07-01339/ASP 07-01715, and concerned a medical appliance Americans with Disabilities Act (ADA) issue. The second grievance was "screened out" on January 18, 2007, and thus not processed. Additionally, IAB received on January 24, 2008 appeal REG2-07-01503 (IAB 0721007) which was screened out at

///
///

Decl. of N. Grannis Supp. Def.'s. Mot. to Dismiss

S. Casso v. CDCR
C 07-5959 CRB

1  the IAB on March 18, 2008 for "only original appeal accepted at DL Review."
2      I declare under penalty of perjury that the forgoing is true and correct to the best of my
3  knowledge.
4      Executed on June 13, 2008, at Sacramento, California.

                                    N. GRANNIS
                                    Chief, Inmate Appeals Branch