# EXHIBIT A

Inmate Appeals Branch  04/10/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: K79110

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs | |
|---|---|---|---|---|---|---|---|---|
| K79110 | CASSO, SANTIAGO | DVI | 04/03/2008 | | | | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0306578 | ADA | Prior to subcategory | 12/29/2003 | SQ-03-03360 | 01/28/2004 | 01/28/2004 | DENIED |
| 0308899 | PROPERTY | Prior to subcategory | 02/23/2004 | SQ-03-03420 | 05/18/2004 | 05/04/2004 | DENIED |
| 0309213 | ADA | Prior to subcategory | 03/03/2004 | SQ-04-00182 | 04/01/2004 | 04/01/2004 | DENIED |
| 0309768 | LIVING CONDITIONS | Prior to subcategory | 03/17/2004 | SQ-04-00013 | 06/11/2004 | 06/10/2004 | DENIED |
| 0310512 | MAIL | Prior to subcategory | 04/02/2004 | SQ-04-00088 | 06/28/2004 | 06/28/2004 | DENIED |
| 0310587 | MAIL | Prior to subcategory | 04/05/2004 | SQ-04-00033 | 06/29/2004 | 06/28/2004 | DENIED |
| 0310592 | MAIL | Prior to subcategory | 04/05/2004 | SQ-04-00407 | 06/29/2004 | 06/28/2004 | DENIED |
| 0313661 | PROPERTY | Prior to subcategory | 06/29/2004 | SQ-03-03497 | 09/23/2004 | 09/17/2004 | DENIED |
| 0704649 | ADA | Medical appliance - need | 08/17/2007 | DVI-07-01339 ASP-07-01715 | 09/17/2007 | 10/05/2007 | DENIED |
| 9804927 | STAFF COMPLAINTS | Prior to subcategory | 12/21/1998 | SOL-98-01487 | 03/17/1999 | 03/05/1999 | DENIED |
| 9807016 | DISCIPLINARY | Prior to subcategory | 03/09/1999 | SOL-98-01962 | 06/01/1999 | 04/30/1999 | GRANTED IN PART |
| 9807211 | PROPERTY | Prior to subcategory | 03/16/1999 | SOL-98-02039 | 06/08/1999 | 08/18/1999 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0308899 | PROPERTY | Prior to subcategory | 01/07/2004 | SQ-03-03420 | 01/07/2004 | | MISSING DOCUMENTATION |
| 0313661 | PROPERTY | Prior to subcategory | 03/08/2004 | SQ-03-03497 | 03/08/2004 | | |
| 0313661 | PROPERTY | Prior to subcategory | 01/16/2004 | SQ-03-03497 | 01/16/2004 | | MISSING DOCUMENTATION |
| 0721007 | RE-ENTRY/PAROLE | Prior to subcategory | 01/24/2008 | REG2-07-01503 | 03/18/2008 | | ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |

Page: 1

Inmate Appeals Branch                                                                04/10/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | |
|---|---|---|---|---|---|---|
| K79110 | CASSO, SANTIAGO | DVI | 04/03/2008 | | | |
| 0722991 | OTHER | | 02/11/2008 | DVI-07-00055 | 04/04/2008 | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5032797 | CASE INFO/RECORDS | Prior to subcategory | 01/18/2007 | DVI-06-1989 | 01/18/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5040655 | DISCIPLINARY | Prior to subcategory | 08/14/2000 | 00-1773-SQ | 08/14/2000 | APPEALING ACTION/DECISION NOT YET OCCURRED |
| 5042883 | DISCIPLINARY | Prior to subcategory | 10/12/2000 | ASP-00-01321 | 10/12/2000 | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5043336 | OTHER | Prior to subcategory | 10/06/2000 | | 10/06/2000 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5063083 | ADA | Prior to subcategory | 06/24/2002 | SQ-02-832 | 06/24/2002 | ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5091556 | PROPERTY | Prior to subcategory | 04/02/2004 | | 04/02/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5093279 | CASE INFO/RECORDS | Prior to subcategory | 05/12/2004 | SQ-04-759 | 05/12/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5096003 | ADA | Prior to subcategory | 06/22/2004 | LAC-04-01121 | 06/22/2004 | MISSING DOCUMENTATION |
| 5096627 | CASE INFO/RECORDS | Prior to subcategory | 07/13/2004 | LAC-B-04-01283 | 07/13/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5098512 | CASE INFO/RECORDS | Prior to subcategory | 08/20/2004 | LAC-B-04-01436 | 08/20/2004 | MISSING DOCUMENTATION |
| 5101591 | DISCIPLINARY | Prior to subcategory | 10/01/2004 | SATF-04-03638 | 10/01/2004 | MISSING DOCUMENTATION |

Page: 2