1  Santiago Casso (your name)
2  K-79110 (CDC #)
3  37461 Cherry St., APT-B (Address)
4  Newark, Ca. 95378-0600 (City, State, ZIP)
   In Pro per

FILED
08 JUL 16 PM 3:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

@ United States District Court for the
Northern District of California

Santiago G. Casso )
                  )  CASE NO. \ C-07-5959-CRB
       Petitioner )
                  )
V.                )
California dept. of Corrections and )
Rehabilitation   )   **CHANGE OF ADDRESS**
                  )
       Respondent )
                  )

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE

**PLEASE TAKE NOTICE:** That petitioner currently has a pending cause in this court, and that petitioner has been transferred and his new address is:

37461 Cherry St., APT-B, Newark, Ca, 94560
(510) 795-7484

**VERIFICATION**

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that these statements are true and correct.

DATED: 7/10/08           RESPECTFULLY SUBMITTED,

                         Santiago Casso

(LIB# 38 CHANGE OF ADDRESS)

DEUEL VOCATIONAL INSTITUTION
P.O. BOX 600
TRACY, CA.   95378-0600

Name  Santiago Casso
CDC #  H-79110
Housing Unit & Bed #  H-Dorm #12

**State Prison**
**Generated Mail**

DVI RECEPTION CENTER

Re: C-07-5959-CRB   — Legal Mail —

— Legal Mail —

Clerk of the United States District
Court for the Northern District of
California
450 Golden Gate Avenue,
Box 36060
San Francisco, Ca. 94102

MAIL

Hasler

$00.760
Mailed From 95378
07/14/2008
US POSTAGE

RC



Legal mail - 7-10-08