Santiago Casso
#K-79110
37461 Cherry St., APT-B
Newark, Ca. 94560
Pro Per

United State District Court
for The Northern District of California

Santiago C. Casso
   Plaintiff
     vs.
California Department of
Corrections and Rehabilitation
   Defendant

Case no. C 07-5959 CRB (PR)

Notice of Address Change

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The plaintiff in the above-entitled action is hereby notifying the courts that as of 7/16/08 the address for notices, motions, all communications has changed to the new address of: 37461 Cherry St., APT-B, Newark, Ca., 94560 phone# (510) 795-7484.

Plantiff requests this new address to be used in lieu of the non-effective and old address of Deuel Vocational Institution.

I Santiago Casso declare under penalty of perjury that the foregoing is true and correct under the laws of the state of California.

Date: 7/16/08

Santiago Casso
Santiago Casso
37461 Cherry St., APT-B
Newark, Ca. 94560

**DEUEL VOCATIONAL INSTITUTION**
P.O. BOX 600
TRACY, CA.   95378-0600

Name  Santiago Casso
CDC #  K-79110
Housing Unit & Bed #  H-Dorm #12

**State Prison Generated Mail**

DVI RECEPTION CENTER

Re: C 07-5959 CRB



PRISON GENERATED MAIL

Hasler
07/17/2008
$00.420
US POSTAGE
016H26516708

United States District Court
For The Northern District of California
San Francisco Division
450 Golden Gate Avenue
Box 36036
San Francisco, California 94102

/ Legal Mail

Legal Mail
7-15-08

V. Cox