Santiago Casso
#AHT-123
5325 Broder Blv.
Dublin, Ca. 94568
Pro Per

United States District Court
for The Northern District of California
San Francisco Division

Santiago G. Casso
    Plaintiff
        vs.
California dept of Corrections
and Rehabilitation
    Defendant

Case no. C07 5959 CRB

Motion for address change/
re-issuing of missed notifications

Judge: The Honorable
Charles R. Breyer

To: The Honorable COURT IN The Above Entitled Cause

Please Take notice: That as soon as this matter may be heard by the Court, the above named Petitioner/Plaintiff will move for a notification of address change and that as of 7/22/08 the effective address for the Plaintiff and Courts for communications is now: #AHT-123, 5325 Broder Blv., Dublin, Ca. 94568.

This motion is based on all records and files listed under the above mentioned case number, and the attached declaration of the ~~defendant~~ Plaintiff. Plaintiff wishes to acknowledge any notices sent between 7/14/08 - 7/22/08 @: 37461 Cherry St. Apt-B, Newark, Ca. 94560 were not obtained by the Plaintiff and pleads for a re-Issue of these notices in reference to opposition of defendants Motion to dismiss and plaintiffs opposition.

Date: 8/05/08

**FILED**

AUG 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Respectfully Submitted,
Santiago Casso #AHT-123
Santiago Casso #AHT-123
5325 Broder Blv.
Dublin, Ca. 94568

1 of 2

Declaration of Santiago G. Casso Jr.

I, Santiago G. Casso, hereby declare:

The Plaintiff in the above-entitled action advised the courts that as of 7/18/08 an address change was in effect from the old: Deuel Vocational Institution, P.O. Box 600, Tracy, Ca. ~~9456~~ 95378-0600 to a new: 37461 Cherry ST., APT-B, Newark, Ca. 94560, However the Plaintiff was detained and never reached the Newark address and was and is now @: AHT-123, 5325 Broder blv., Dublin, Ca. 94568, The Plaintiff also had been seperated from his legal work and if any notices had been sent to the Newark address the plaintiff pleads for any to be re-issued enclosed is a Self addressed Stamped envelope.

Verification

I am the Plaintiff in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATE: 8/05/08

Santiago Casso AHT-123
Santiago Casso AHT-123
5325 Broder blv.
Dublin, Ca. 94568



Santiago Casso #AHT-123
5325 Broder Blv
Dublin, Ca. 94568

Legal Mail

In the United States District Court
For the Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, Ca. 94102

S.A.S.E.



Ralph Martinez
#AHT-123
325 Broden Blv.
Dublin, Ca. 94568

Case 07 5959 CRB

RECEIVED AUG - 8 2008

— Legal Mail —

In The United States District Court
For The Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, Ca. 94102
Judge: The Honorable Charles R. Breyer