Santiago Casso
#AHT-123
5325 Broder blv.
Dublin, Ca. 94568
Pro-Per

United States District Court
for Northern California

Santiago G. Casso Jr.
Plaintiff
V.S.
California dept. of Corrections
Defendant
and Rehabilitation

Case no. C07 5959 CRB (PR)

Motion for notice to address change

The Plaintiff in the above-entitled action is hereby making notice to this Honorable Court that as of 7/22/08 the Plaintiff has been transferred to: #AHT-123, 5325 Broder blv., Dublin, Ca. 94568 (Alameda County Jail) and that any notices as of 7/18/08 to: 37461 Cherry St., Apt-B, Newark Ca. 94568 and to date have not been obtained by the Plaintiff and as such the Plaintiff pleads for any copys of such notices to be re-mailed to this address: #AHT-123, 5325 Broder blv., Dublin, Ca. 94568 to be up to any changes or Motions by the defendant's Attorney General office that would require an opposition response. Please be advised Plaintiff is in administration Segregation and Isolation addresses and paper pen envelopes are not readily available.

Verification

I Santiago Casso declare, that I have read the foregoing and know its contents and under penalty of perjury under the laws of the state of California stat that the foregoing is true and correct.

Date: 8/04/08

Santiago Casso #AHT-123
Santiago Casso #AHT-123
5325 Broder blv.
Dublin, Ca. 9453 94568



Ralph Martinez
#AH7-123
3365 Broder Blv.
Dublin, Ca. 94568

OAKLAND CA 946
06 AUG 2008 PM 3 L

34102+3651 C004
Re: C08 5959 CRB(PR)

— Legal Mail —

United States District Court for
Northern California
450 Golden Gate Avenue
San Francisco, Ca. 94102

*[Scanned image of an envelope with a handwritten signature and the notation "Legal Mail"]*