Santiago Casso, #K-79110
D.V.I., P.O. Box 600
Tracy, Ca. 95378-0600
Pro-Per

In The United States District Court
For The Northern District of California

Santiago Casso Jr.
        Plaintiff
    vs
California Department of
Corrections and Rehabilitation
        Defendant

Case no. C 07 5959 CRB (PR)

Motion for address change

FILED
08 AUG 12 PM 3:15

To: The Honorable Court in the above-entitled cause

Please take Notice: That as soon as this matter may be heard by the court, the above named Plaintiff will move for a notification of address change, thats as of 8/07/08 the old no longer effective address of #AHT-123, 5325 Broder Blv., Dublin, Ca. 94568 is no longer effective for court contact/notifications of Motions, notices, ect. That as of 8/07/08 the new and effective address is: #K-79110, D.V.I., P.O. Box 600, Tracy, Ca. 95378-0600 for court notification, motions, ect.

This Motion is based on all the records and files listed under the above mentioned case number.

Date: 8/08/08

Santiago Casso #K-79110
Santiago Casso #K-79110
D.V.I., P.O. Box 600
Tracy, Ca. 95378-0600

Verification

I am the Petitioner/Plaintiff in the above-entitled cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

Date: 8/08/08

Santiago Casso K-79110
Santiago Casso #K-79110
D.V.I., P.O. Box 600
Tracy, Ca. 95378-0600

Santiago Casso, # K-79110
D.V.I., P.O. Box 600
Tracy, Ca. 95378-0600

Re: C 07 5959 CRB

Legal mail

Office of The Clerk
In The United States District Court
For The Northern District of California
San Francisco Division
450 Golden Gate Avenue,
San Francisco, Ca. 94102
% Charles R. Boeyer, The Honorable

J. Cid

— Legal Mail —

8-0-08